Brent Swallers
539 S Auburn St.
Indianapolis Indiana



SOUTHERN FEDERAL DISTRICT OF INDIANA

SUPERIOR COURT OF INDIANA

COUNTY OF MARION

| | |
|---|---|
| Brent Swallers ) | CASE NO.1:14-MC-0097JMS-TAB |
| ) | |
| Plaintiff, ) | FIRST AMENDED ACTION |
| ) ~~OF TRESPASS, AND~~ | |
| v. ) | TRESPASS ON THE CASE |
| Patricia Freese ) | |
| Eugene Whitten ) | VERIFIED |
| Department of child services ) | |
| Superior court Indiana ) | |
| (49G12-1410-CM-04982) ) | |
| ~~Superior Court Indiana~~ ) | |
| Juvenile Div.(49D091410JM000864)) | |
| ) | |
| Defendants. ) | |

1. This First Amended Action amends by entire substitution the action filed October 10, 2014, in the above entitled court.

## CAUSE OF ACTION

2. Brent Swallers (hereinafter "Plaintiff") is one of the people of Indiana, and in this court of record complains of each of the following  Superior Court Indiana (49G12-1410-CM-04982) (hereinafter "Defendant-A"), Superior Court Indiana Juvenile Division (49D091410JM000864) (hereinafter "Defendant-B"), who are each  also summoned to answer the said Plaintiff in a plea of trespass and trespass on the case, to wit:

### FIRST CAUSE OF ACTION - TRESPASS

Brent Allen Swallers (Hereinafter "Father")is one of the people of Indiana and in this Court of record ~~complains of each of the following: Patricia Freese, Eugene Witten, Department Of Child~~ Services, Superior Court Indiana ((49G12-1410-CM-04982) "), Superior Court Indiana Juvenile Division (49D091410JM000864) Each (Hereinafter "Organized Criminal", and all collectively ("organized Criminals") also  known  as people of the state of Indiana are each summoned to answer the said plaintiff father in a plea of trespass to wit:

## INTRODUCTION

Organized Criminals are exceeding jurisdiction under color of law Exceeding their jurisdiction over one of the people of the state of Indiana and have or are committing acts of fraud and extortion against plaintiff father. Requiring of him his liberty, and allegiance against his will. The people of the state of Indiana are not subject to any acts codes or policies unless by consent.  Organized Criminals have through agents, or in concert with each other caused plaintiff's liberty to be restrained therefore putting father in a constructive imprisonment

---

[1] Imprison:  To confine a person or restrain his liberty in any way.  Black's Law Dictionary, 5th Edition Imprisonment:  ...it may be in a locality used only for the specific occasion; or it may take place without the actual application of any physical agencies of restraint (such as locks or bars), as by verbal compulsion and the display of available force.  Black's Law Dictionary, 5th Edition
[3] Duly:  ...according to law in both form and substance.  Black's Law Dictionary, Fifth Edition

EXTORTION. Any oppression by color or pretense of right , and particularly the exaction by an officer of money, by color of his office, either when none at all is due, or not so much is due, or when it is not yet due. 4 Conn. 480. Extortion consists in any public officer unlawfully taking, by color of his office; from any person any money or thing of value that is not due to him, or more than his due. Code Ga. IS82, § 4507.

Extortion is the obtaining of property from another, with his consent , induced by wrongful use of force or fear, or under color of official right. Pen. Code Cal. § 518; Pen. Code Dak. § 60S. Duly: ...according to law in both form and substance.  Black's Law Dictionary, First Edition

---

From the moment he was attacked until the present, Brent Swallers, under color of law, has been kept in a constructive imprisonment. Although he objected to the assumed jurisdiction, those who kept him imprisoned under color of law did not respond to any of his demands and requests for proof of jurisdiction or for reinstatement of his liberty. They continued to assume jurisdiction without proof of jurisdiction or any attempt at proof of jurisdiction. Plaintiff Father continues to be subject, under color of law to the assumed jurisdiction, will and control of the organized criminals.

## SPECIFICS

2. The defendant's acted in such a way, or failed to act in such a way, that plaintiff father is being deprived of his liberty. The defendants acted to deprive plaintiff Father of his liberty, due process and his God given rights and responsibilities; or each defendant failed to act to prevent the loss by plaintiff Father of his liberty, Due process And his God given Rights and Responsibilities. Further, the defendants are willing participants in concert with each of the remaining defendants.

3. At all times mentioned in this action each defendant is the agent of the other, and in doing the acts alleged in this action, each is acting within the course and scope of said

agency.   The following paragraphs describe how the Organized criminals, under color of law, either acted or failed to act as obligated.

4.   Each defendant exceeded his jurisdiction under color of law. Each defendant acted in concert with the remaining defendants to effect the unlawful loss of liberty of plaintiff Father.

5.   On or about October 2, 2014 Patricia Freese: under authority from Eugene Whitten. Also people of the state of Indiana did violate the liberty of plaintiff Father by under color of law assuming jurisdiction over Father and his property. Organized Criminals, of their own free will, and without invitation did unlawfully trespass on sovereign's homestead therein taking from him his liberty and right to due process violating the common law and causing harm to plaintiff Father. Exhibit "A", #(1) (1st letter of Intimidation)and Exhibit "C",#(2) (2nd letter of lies to the court)
Were then given by Organized Criminal as proof to these unlawful acts demanding either Fathers' allegiance or consent

Plaintiff Father Responded with Notice And Demands to Said People And Agency informing them that in this Republic he did not consent to any bills acts codes Statutes mandates Etc. thankfully we are not a democratic form of government therefore consent is needed.

Plaintiff Father is aware of the fraud and destruction of this said agency in many family's lives.

As well as the number of children injured or Murdered through these proceedings

Let the decision process of said agency and its public record speaks for itself

Let the actions of Plaintiff Father Speak forth from these Pages as to his intent for the wellbeing of said Child

Plaintiff father has a God given protected right As well As an Obligation to face any accusers , and to Due process in any criminal Proceeding .

Patricia Freese was unsatisfied with Plaintiff Fathers lawful Response to her illegal Actions

A motion to compel conduct order was filed in state court (court room 12)

This was filed without a corpus delicti and without indictment papers From a Jury.

Is further the belief of Plaintiff Father that Patricia freese is acting as a loose cannon

Forming law in her mind to suit her and her employers needs .


Be it Herein Known by all who read:    plaintiff Father DOES NOT CONSENT.

Plaintiff Father Has An obligation By God to protect Minor child

Learning from the mistakes of my country's past Injustices Using uninformed people and corrupt

Delegates of mandated powers we have seen such cases as :

(The Ruby Ridge Injustice)(The Waco Injustice) and more recently (The attempted Clide Bundy Injustice)


It is the wish and prayer of Plaintiff Father that no event of this nature would ever become of his family

In this free Republic. In which we share.

For this end alone Plaintiff Father brings this matter before this court of record in order to avoid the catastrophic event that Patricia freese And Eugene Whitten have planned for Plaintiff Fathers Life.

And to seek damages from Patricia Freese and Eugene whitten for their unlawful actions

As Well this court's decision impeaching Plaintiff Father from any and all matters concerning Patricia Freese   affidavit to the Marion County Supreme Court JUVENILE Division Court NO.12

Let it here be told that it is the opinion of Plaintiff Father That Patricia Freese

Lied in her affidavit to the courts to obtain jurisdiction in this matter

Therefor committing Acts of perjury


Let it also be Stated  Plaintiff father believes Patricia freese is acting in concert with or is privately funded by an anonymous Private Party.  (in which she is including others in her unlawful actions)


Let it also be Known plaintiff Father had no involvement with Patricia Freese Or defendant's

On or before 10-2-2014


It is Plaintiff Fathers Belief according to evidence presented before him this day that Patricia Freese is not charging him with a crime. Nor has Patricia freese ever witnessed Plaintiff Father  In commission of a crime


Because of the actions committed with actual and implied force or the lack of action of the defendants, plaintiff was immediately and directly injured and suffered loss of liberty, and was from then on imprisoned under color of law.


6.  Defendants have a duty to not cause plaintiff father to be imprisoned under color of law, to not cause loss of liberty. Further, defendants have a duty to prove jurisdiction when objection to jurisdiction is asserted.


7.  Defendants have breached that duty.

## SECOND CAUSE OF ACTION - TRESPASS ON THE CASE

8.  Paragraphs 1 through   of FIRST CAUSE OF ACTION are included
by reference as though fully stated herein.

9.  By right, plaintiff reasonably expects to proceed without
injury, secure in his capacities.  By right, plaintiff
reasonably expects to exercise his right to negotiate and to
enter a contract.

10.  Defendants have a legal duty to use due care and not cause
an injury to Plaintiff or interfere with said rights in any way.

11.  Defendants breached that duty by proximately or legally,
directly and indirectly, causing the injuries to Plaintiff.

12.  The damages claimed are all a result of the injuries.

## THIRD CAUSE OF ACTION - TRESPASS ON THE CASE

### VICARIOUS LIABILITY

13.  Paragraphs 1 through   of FIRST CAUSE OF ACTION are
included by reference as though fully stated herein.

14.   Power is never without responsibility. And when authority derives in part from Government's thumb on the scales, the exercise of that power by private persons becomes closely akin, in some respects, to its exercise by Government itself.

15.   The purpose of imposing vicarious liability is to insure the costs of injuries resulting from defective actions are placed on the source of the actions and others who make the actions possible rather than on injured persons who are powerless to protect themselves. For a defendant to be vicariously liable it must play an integral and vital part in the overall production and promotion activity so that the actor is in a position to affect others or, at the very least, it must provide a link in the chain of exposing the ultimate victim to the actor. The vicariously liable defendant must be in the business of controlling, leasing, bailing, or licensing the actors.

16.   Each defendant is an agent of the other, and each has his place in the chain of exposing plaintiff Home owner to the actors.   Each defendant is vicariously liable for each instance of injury to plaintiff.

## LAW OF THE CASE

The law of the case is decreed as follows:

Parenting rights are God given. They are also protected by the First, Fifth, and Fourteenth Amendments to the <u>Constitution</u>.

In <u>Troxel v. Granville</u>, 99-138 [U.S. 06/05/2000 U.S. Supreme Court, November 1999

The <u>Fourteenth Amendment</u> provides that no State shall "deprive any person of life, liberty, or property, without due process of law." We have long recognized that the Amendment's Due Process Clause, like its Fifth Amendment counterpart, "guarantees more than fair process." <u>Washington v. Glucksberg</u>, 521 U. S. 702, 719 (1997). The Clause also includes a substantive component that "provides heightened protection against government interference with certain fundamental rights and liberty interests." Id., at 720; see also <u>Reno v. Flores</u>, 507 U. S. 292, 301-302 (1993)

The liberty interest at issue in this case -- the interest of parents in the care, custody, and control of their children -- is perhaps the oldest of the fundamental liberty interests recognized by this Court. More than 75 years ago, in <u>Meyer v. Nebraska</u>, 262 U. S. 390, 399, 401 (1923), we held that the "liberty" protected by the Due Process Clause includes the right of parents to "establish a home and bring up children" and "to control the education of their own.

Two years later, in <u>Pierce v. Society of Sisters</u>, 268 U. S. 510, 534-535 (1925), we again held that the "liberty of parents and guardians" includes the right "to direct the upbringing and education of children under their control."

We explained in Pierce that "[t]he child is not the mere creature of the State; those who nurture him and direct his destiny have the right, coupled with the high duty, to recognize and prepare him for additional obligations." Id., at 535. We returned to the subject in <u>Prince v. Massachusetts</u>, 321 U. S. 158 (1944), and again confirmed that there is a constitutional dimension to the right of parents to direct the upbringing of their children. "It is cardinal with us that the custody, care and nurture of the child reside first in the parents, whose primary function and freedom include preparation for obligations the state can neither supply nor hinder." Id., at 166.

There is a presumption that fit parents act in their children's best interests, <u>Parham v. J. R.</u>, 442 U. S. 584, 602; there is normally no reason for the State to inject itself into the private realm of the family to further question fit parents' ability to make the best decisions regarding their children, see, e.g., <u>Reno v. Flores</u>, 507 U. S. 292, 304.

Court adopts a bright-line rule that anyone under the age of 14 must be given an opportunity to consult with his or her attorney or their parent or guardian whether the juvenile will waive his or her rights to an attorney and to remain silent. Both the parent and the juvenile must be advised of the juvenile's Fifth and Sixth Amendment rights. Otherwise, no statement or confession from the juvenile can be used. [See IN THE MATTER OF B.M.B., Appellant. 264 Kan. 417 (955 P2d 1302)]


Challenging the  juvenile dependency and the false abuse allegations on the grounds asserted in Boyd.Boyd and Crawford v. Washington, . BOYD v. U S, 116 U.S. 616 (1886)



This primary role of the parents in the upbringing of their children is now established beyond debate as an enduring American tradition"); Quilloin v. Walcott, 434 U. S. 246, 255 (1978) ("We have recognized on numerous occasions that the relationship between parent and child is constitutionally protected"); Parham v. J. R., 442 U. S. 584, 602 (1979)


("Our jurisprudence historically has reflected Western civilization concepts of the family as a unit with broad parental authority over minor children. this cases has consistently followed that course"); Santosky v. Kramer, 455 U. S. 745, 753 (1982)


The United States Constitution  will be seen as law in this case


No one can be made a involuntary Slave/Servant

United States Constitution  13th Amendmant


No one Must answer for any crime unless under presentment of indictment or grand Jury

Article 5  United States Constitution

No searches or seizures may be conducted without a warrant

United States Constitution Article 4


All rights not herein listed are reserved to Brent Swallers

Article 10 united States Constitution


Sec. 1. A fundamental philosophy of the American constitutional form of representative government is that government is the servant of the people and not their master. **[Indiana Government Code, Section 5-14-3-2.] It is the public policy of this state that public agencies exist to aid in the conduct of the people's business ....The people of this state do not yield their sovereignty to the agencies which serve them.**

Section 1. WE DECLARE, That all people are created equal; that they are endowed by their CREATOR with certain inalienable rights; that among these are life, liberty, and the pursuit of happiness; that all power is inherent in the People; and that all free governments are, and of right ought to be, founded on their authority, and instituted for their peace, safety, and well-being. For the advancement of these ends, the People have, at all times, an indefeasible right to alter and reform their government…..(INDIANA STATE CONSTITUTION) (ARTICLE 1)(sec.1)

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable search or seizure,

shall not be violated; and no warrant shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the person or thing to be seized......(INDIANA STATE ONSTITUTION) (ARTICLE 1)(sec.11)

It is hereby Decreed Brent A. Swallers has no binding contracts with any State or Federal agency at the time of this complaints filling.

**The very meaning of 'sovereignty' is that the decree of the sovereign makes law. [American Banana Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047.]**

All courts shall be open; and every person, for injury done to him in his person, property, or reputation, shall have remedy by due course of law. Justice shall be administered freely, and without purchase; completely, and without denial; speedily, and without delay......(INDIANA STATE ONSTITUTION) (ARTICLE 1)(sec.12)

(a)In all criminal prosecutions, the accused shall have the right to a public trial, by an impartial jury, in the county in which the offense shall have been committed; to be heard by himself and counsel; to demand the nature and cause of the accusation against him, and to have a copy thereof; to meet the witnesses face to face, and to have compulsory process for

obtaining witnesses in his favor.


(b) Victims of crime, as defined by law, shall have the right to
be treated with fairness, dignity, and respect throughout the
criminal justice process; and, as defined by law, to be informed
of and present during public hearings and to confer with the
prosecution, to the extent that exercising these rights does not
infringe upon the constitutional rights of the accused.

.…..(INDIANA STATE ONSTITUTION) (ARTICLE 1)(sec.13)


"Personal liberty, or the Right to enjoyment of life and
liberty, is one of the fundamental or natural Rights, which has
been protected by its inclusion as a guarantee in the various
constitutions, which is not derived from, or dependent on, the
U.S. Constitution, which may not be submitted to a vote and may
not depend on the outcome of an election. It is one of the most
sacred and valuable Rights, as sacred as the Right to private
property ... and is regarded as inalienable."

                    16 C.J.S., Constitutional Law, Sect.202, p.987


Personal liberty -- or the right to enjoyment of life and
liberty -- is one of the fundamental or natural rights, which
has been protected by its inclusion as a guarantee in the
various constitutions, which is not derived from nor dependent
on the U.S. Constitution. ... It is one of the most sacred and
valuable rights [remember the words of Justice Tolman, supra.]
*as sacred as the right to private property ... and is regarded
as inalienable."*

                    16 C.J.S. Const. Law, Sect.202, Pg. 987


Moreover, the ultimate test of the propriety of police power
regulations must be found in the Fourteenth Amendment, since it
operates to limit the field of the police power to the extent of

preventing the enforcement of statutes in denial of Rights that the Amendment protects. (See <u>Parks vs. State</u>, 64 NE 682.)

"With regard particularly to the U.S. Constitution, it is elementary that a Right secured or protected by that document cannot be overthrown or impaired by any state police authority."

<u>Connolly vs. Union Sewer Pipe Co.</u>, 184 US 540;
<u>Lafarier vs. Grand Trunk R.R. Co.</u>, 24 A. 848;
<u>O'Neil vs. Providence Amusement Co.</u>, 108 A. 887

"It is well settled that the Constitutional Rights protected from invasion by the police power, include Rights safeguarded both by express and implied prohibitions in the Constitutions."

<u>Tiche vs. Osborne</u>, 131 A. 60

"As a rule, fundamental limitations of regulations under the police power are found in the spirit of the Constitutions, not in the letter, although they are just as efficient as if expressed in the clearest language."

<u>Mehlos vs. Milwaukee</u>, 146 NW 882

no one shall be personally bound (restricted) until he has had his day in court," by which is meant, until he has been duly cited to appear and has been afforded an opportunity to be heard. Judgment without such citation and opportunity lacks all the attributes of a judicial determination; it is judicial usurpation and it is oppressive and can never be upheld where it is fairly administered. (<u>12 Am.Jur. [1st] Const. Law</u>; Sect. 573, Pg. 269)

 <u>a distinction must be observed between the regulation of an</u> <u>activity which may be engaged in as a matter of right and one</u> <u>carried on by government sufferance of permission."</u>

<u>Davis vs. Massachusetts</u>, 167 US 43;
<u>Pachard vs. Banton</u>, supra.

A Citizen cannot be forced to give up his/her Rights in the name of regulation.

Riley vs. Laeson, 142 So. 619;
Stephenson vs. Binford, supra.

If one cannot be placed in a position of being forced to surrender Rights in order to exercise a privilege, how much more must this maxim of law, then, apply when one is simply exercising (putting into use) a Right?

Hoke vs. Henderson, 15 NC 15

"We find it intolerable that one Constitutional Right should have to be surrendered in order to assert another."

Simons vs. United States, 390 US 389

"Extortion"  will be defined as in the     _THE HOBBS ACT—
18 U.S.C. § 1951

....at the Revolution, the sovereignty devolved on the people;
and they are truly the sovereigns of the country, but they are
           sovereigns without subjects...with none to govern but
themselves..... [CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L
                      Ed 440, 455 @DALL (1793) pp471-472.]

The very meaning of 'sovereignty' is that the decree of the

sovereign makes law. [American Banana Co. v. United Fruit Co.,

29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas.

1047.]

The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative. [Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am.Dec. 89 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7.]

A consequence of this prerogative is the legal ubiquity of the king. His majesty in the eye of the law is always present in all his courts, though he cannot personally distribute justice. (Fortesc.c.8. 2Inst.186) His judges are the mirror by which the king's image is reflected. 1 Blackstone's Commentaries, 270, Chapter 7, Section 379.

The assertion of federal rights, when plainly and reasonably made, is not to be defeated under the name of local practice. [Davis v. Wechsler, 263 US 22, 24.]

Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them. [Miranda v. Arizona, 384 US 436, 491.]

There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights. [Sherer v. Cullen, 481 F

Whereas, the people of Indiana have presented a
constitution....and which, on due examination, is found to be
republican in its form of government.... [Act [of Congress] for
the Admission of Indiana into the union, Fourteenth congress
session 2chapter 112, 114. RES.1 1817

Republican government. One in which the powers of sovereignty
are vested in the people and are exercised by the people, either
directly, or through representatives chosen by the people, to
whom those powers are specially delegated. [In re Duncan, 139
U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; Minor v. Happersett, 88
U.S. (21 Wall.) 162, 22 L.Ed. 627." Black's Law Dictionary,
Fifth Edition, p. 626.]

This Constitution, and the Laws of the United States which shall
be made in Pursuance thereof; and all Treaties made, or which
shall be made, under the Authority of the United States, shall
be the supreme Law of the Land; and the Judges in every State
shall be bound thereby; any Thing in the Constitution or Laws of
any State to the Contrary notwithstanding. [Constitution for the
United States of America, Article VI, Clause 2.]

Conspiracy against rights:  If two or more persons conspire to
injure, oppress, threaten, or intimidate any person in any
State, Territory, Commonwealth, Possession, or District in the
free exercise or enjoyment of any right or privilege secured to
him by the Constitution or laws of the United States, or because
of his having so exercised the same; or If two or more persons

go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured – They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.   [18, USC 241]

Deprivation of rights under color of law:  Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.   [18, USC 242]

Civil action for deprivation of rights:  Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable.  For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia. [42 USC 1983]

Conspiracy to interfere with civil rights:  Depriving persons of rights or privileges:  If two or more persons in any State or

Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.  [42 USC 1985(3)]


Action for neglect to prevent:  Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in section 1985 of this title, are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in the action; and if the death of any party be caused by any such wrongful act and neglect, the legal representatives of the deceased shall have such action therefor, and may recover not exceeding $5,000 damages therein, for the benefit of the widow of the deceased, if there be one, and if there be no widow, then for the benefit of the next of kin of the deceased.  But no action under the provisions of this section shall be sustained which is not commenced within one year after the cause of action has accrued.  [42 USC 1986]

COURT. The person and suit of the sovereign; the place where the sovereign sojourns with his regal retinue, wherever that may be. [Black's Law Dictionary, 5th Edition, page 318.]

COURT. An agency of the sovereign created by it directly or indirectly under its authority, consisting of one or more officers, established and maintained for the purpose of hearing and determining issues of law and fact regarding legal rights and alleged violations thereof, and of applying the sanctions of the law, authorized to exercise its powers in the course of law at times and places previously determined by lawful authority. [Isbill v. Stovall, Tex.Civ.App., 92 S.W.2d 1067, 1070; Black's Law Dictionary, 4th Edition, page 425]

COURT OF RECORD. To be a court of record a court must have four characteristics, and may have a fifth. They are:

A. A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

B. Proceeding according to the course of common law [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

C. Its acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231]

D. Has power to fine or imprison for contempt. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law Dictionary, 4th Ed., 425, 426]

E. Generally possesses a seal. [3 Bl. Comm. 24; 3

Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24
F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v.
U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v.
Davis, *96 Ohio St.* 205, 117 N.E. 229, 231.][Black's
Law Dictionary, 4th Ed., 425, 426]

The following persons are magistrates:

(1) The justices of the supreme court. (2) The judges of the
court of appeals.    (3) *The superior judges, and district
judges.*(4) All municipal officers authorized to exercise the
powers and perform the duties of district judges. **RCW
2.20.020**  [1987 c 202 § 103; 1971 c 81 § 9; 1891 c 53 § 2;
RRS § 51.]

...our justices, sheriffs, mayors, and other ministers, which
under us have the laws of our land to guide, shall allow the
said charters pleaded before them in judgement in all their
points, that is to wit, the Great Charter as the common law....
[Confirmatio Cartarum, November 5, 1297, *Sources of Our
Liberties* Edited by Richard L. Perry, American Bar Foundation]

Henceforth the writ which is called Praecipe shall not be served
on any one for any holding so as to cause a free man to lose his
court.  [Magna Carta, Article 34].

If any claim, statement, fact, or portion in this action is held
inapplicable or not valid, such decision does not affect the
validity of any other portion of this action.

The singular includes the plural and the plural the singular.

The present tense includes the past and future tenses; and the
future, the present.

The masculine gender includes the feminine and neuter.

It is hereby Decreed Brent A. Swallers has no binding contracts with any State or Federal agency at the time of this complaints filling.

**The very meaning of 'sovereignty' is that the decree of the sovereign makes law. [American Banana Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047.]**

**As are Founding Father, John Adams said:**

*"The moment the idea is admitted into society that property is not as sacred as the law of God, and that there is not a force of law and public justice to protect it, anarchy and tyranny commence."*

**President Calvin Coolidge said:**

*"Ultimately, property rights and personal rights are the same thing."*

**Rancher and Property Rights Activist Wayne Hage said:**

*"If you don't have the right to own and control property then you are property."*

**Private Property Rights mean:**

1. The owner's exclusive authority to determine how private property is used;

2. The owner's peaceful possession, control, and enjoyment of his/her legally purchased, deeded private property;

3. The owner's ability to make contracts to sell, rent, or give away all or part of the legally purchased/deeded private property;

4. That local, city, county, state, and federal governments are prohibited from exercising eminent domain for the sole purpose of acquiring legally purchased/deeded private property so as to resell to a private interest or generate revenues;

5. That no local, city, county, state, or federal government has the authority to impose directives, ordinances, fees, or fines regarding aesthetic landscaping, color selections, tree and plant preservation, or open spaces on legally purchased/deeded private property;

6. That no local, city, county, state or federal government shall implement a land use plan that requires any part of legally purchased/ deeded private property be set aside for public use or for a Natural Resource Protection Area directing that no construction or disturbance may occur;

7. That no local, city, county, state, or federal government shall implement a law or ordinance restricting the number of dwellings

that may be placed on legally purchased/ deeded private property;

8. That no local, city, county, state, or federal government shall alter or impose zoning restrictions or regulations that will devalue or limit the ability to sell legally purchased/deeded private property;

9. That no local, city, county, state, or federal government shall limit profitable or productive agriculture activities by mandating and controlling what crops and livestock are grown on legally purchased/deeded private property;

10. That no local, city, county, state, or federal government representatives or their assigned agents may enter private property without the written permission of the property owner or is in possession of a lawful warrant from a legitimate court of law. This includes invasion of property rights and privacy by government use of unmanned drone flights.

## REQUEST FOR RELIEF

17.  For that cause of action therefore Plaintiff brings his suit.


18.  WHEREFORE, Plaintiff requests relief and judgment against Defendants as follows:


19.  WHEREFORE, Plaintiff prays judgment against Defendants, and each of them, as follows:


On all causes of action:


20.  For general damages in the sum of $10,000 multiplied by the number of days in constructive and actual imprisonment;


24.  For loss of earnings according to proof;


For total amount of defrauded funds according to proof;


25.  That the court enter a declaratory judgment that defendants have acted arbitrarily and capriciously, have abused their discretion and have acted not in accordance with law, but under color of law;


For pain and suffering damages, in the amount of 50,000 per act of fraud perfected by defendant

21. That the court enter a declaratory judgment that defendants have acted contrary to constitutional right, power or privilege.

22. That the court enter a declaratory judgment that defendants' actions were in excess of statutory jurisdiction, authority and short of statutory right.

23. That the court permanently enjoin defendants from interfering in any way with plaintiff's lawful right to negotiate and enter into contracts;

24. That the court enter a declaratory judgment that the records of the court not of record are impeached for want of jurisdiction in the Court or judicial officers, for collusion between the parties, and/or for fraud in the parties offering the record, in respect to the proceedings;

25. That the court grant plaintiff his attorneys fees;

26. That the court grant plaintiff such other and further relief as the court deems proper;

27. For interest as allowed by law; and

28. For costs of suit incurred.

29.  I declare under penalty of perjury that the foregoing facts
are true and correct to the best of my knowledge.

October   , 2014, County of Marion, State of Indiana

**Brent Allen Swallers**

[ Seal ]