UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRENT ALLEN SWALLERS, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | 1:14-1681-SEB-DKL |
| ) | |
| PATRICIA FREESE, et al., ) | |
| ) | |
| Defendants. ) | |

**Entry and Notice**

Final judgment has been entered in this action. No claims remain for resolution. The filings of April 11, 2016 have been considered and based on that consideration the Court makes the following rulings:

1. The *notices to the court* [Dkts. 58-70] are of **no effect** because they are not pleadings, because this action is closed, and because they do not, either individually or in the aggregate, warrant post-judgment relief.

2. The *amended true bill* is a claim for reimbursement of costs or for some other form of compensation. There is no authority cited, nor is any reasoning offered, to support this asserted indebtedness. The claim [Dkt. 56] is **denied** because there is no basis for awarding the plaintiff his costs or to otherwise compensate him.

3. The letter seeming to order the undersigned to "cease and desist" from performing her duties as the assigned Article III Judge reveals the petitioner's misapprehension of the roles of litigant and judge in this civil action. His letter is ineffective as a means of altering those roles, however, and thus any relief which that letter [Dkt. 57] can be understood as seeking is **denied.** This includes the denial of his demand for the restoration of his property "immediately" and "no later than April 15, 2016."

IT IS SO ORDERED.

Date:   4/19/2016

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

BRENT ALLEN SWALLERS
539 S. Auburn St.
Indianapolis, IN 46241